# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREL ARGUILEZ,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>THOMAS CARPENTER,<br><br>　　　　　　　　　　Respondent. | Civil No.　10cv0291 WQH (PCL)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

　　　　On February 4, 2010, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and paid the filing fee. In its March 4, 2010 Order, the Court dismissed this case without prejudice because Petitioner failed to name a proper respondent. Petitioner was instructed that to have this case reopened he had to file a First Amended Petition no later than April 26, 2010.

　　　　On April 23, 2010 Petitioner filed a First Amended Petition pursuant to this Court's Order. Review of the First Amended Petition, however, reveals that Petitioner has again failed to name a proper respondent. On federal habeas, a state prisoner must name the state officer having custody of him as the respondent. *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (citing Rule 2(a), 28 U.S.C. foll. § 2254). "The 'state officer having custody' may be 'either the warden of the institution in which the petitioner is incarcerated . . . or the chief officer in charge of state penal institutions.'" *Id.* (quoting Rule 2(a), 28 U.S.C. foll. § 2254 advisory committee's note).

1  Here, Petitioner has incorrectly named "Thomas Carpenter," as Respondent. Petitioner is confined at Pleasant Valley State Prison. In order for this Court to entertain the Petition filed in this action, Petitioner <u>must name the warden in charge of the state correctional facility in which Petitioner is presently confined or the Secretary of the California Department of Corrections and Rehabilitation</u>. *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992) (per curiam) (emphasis added).

Accordingly, the Court **DISMISSES** the Fist Amended Petition without prejudice due to Petitioner's failure to name a proper respondent. To have this case reopened, Petitioner must file a Second Amended Petition <u>no later than</u> **June 29, 2010** in conformance with this Order. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank Second Amended Petition form.*

**IT IS SO ORDERED.**

DATED: May 11, 2010

**WILLIAM Q. HAYES**
United States District Judge